1  Deverie J. Christensen
   Nevada State Bar No. 6596
2  Hilary A. Williams
   Nevada State Bar No. 14645
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Email:  deverie.christensen@jacksonlewis.com
   　　　　hilary.williams@jacksonlewis.com
6
   *Attorneys for Defendant*
7  *Mission Support and Test Services LLC*

8
                **UNITED STATES DISTRICT COURT**
9
                      **DISTRICT OF NEVADA**
10

11 | SALVADOR MORA, individually, | |
12 |         Plaintiff, | Case No. 2:21-cv-01290-GMN-DJA |
13 |     vs. | |
14 | MISSION SUPPORT AND TEST SERVICES LLC, a foreign limited-liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT [ECF NO. 1]** |
15 | | |
16 | | |
17 |         Defendants. | **[FIRST REQUEST]** |

18
19   　　　Defendant Mission Support and Test Services LLC ("Defendant") by and through its
20   counsel, Jackson Lewis P.C., and Plaintiff Salvador Mora ("Plaintiff") by and through his
21   counsel, Maier Gutierrez & Associates, hereby stipulate and agree to extend the time for
22   Defendant to file a response to Plaintiff's Complaint [ECF No. 1]. Defendant was served on July
23   15, 2021 with a copy of the Complaint [ECF No. 1] and the original deadline for Defendant to
24   respond to Plaintiff's Complaint is August 5, 2021. Because defense counsel was only recently
25   retained, Plaintiff and Defendant have agreed to an extension of time for Defendant to file a
26   response to the Complaint [ECF No. 1] to allow defense counsel sufficient time to investigate its
27   allegations.
28

Jackson Lewis P.C.
   Las Vegas

Defendant shall, therefore, have an extension of time to respond to the Complaint [ECF No. 1] up to and including August 23, 2021.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 4th day of August, 2021.

| JACKSON LEWIS P.C. | MAIER GUTIERREZ & ASSOCIATES |
|---|---|
| */s/ Deverie J. Christensen* | */s/ Danielle J. Barraza* |
| Deverie J. Christensen, Bar #6596<br>Hilary A. Williams, Bar #14645<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 | Danielle J. Barraza, Bar #13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |

**IT IS SO ORDERED.**

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: August 5, 2021

4819-6300-9012, v. 1