1 Deverie J. Christensen
Nevada State Bar No. 6596
2 Hilary A. Williams
Nevada State Bar No. 14645
3 **JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
4 Las Vegas, Nevada 89101
Tel: (702) 921-2460
5 Email:  deverie.christensen@jacksonlewis.com
        hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*Mission Support and Test Services LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SALVADOR MORA, individually,<br><br>                     Plaintiff,<br><br>        vs.<br><br>MISSION SUPPORT AND TEST SERVICES LLC, a foreign limited-liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>                     Defendants. | Case No. 2:21-cv-01290-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES**<br><br>**[FIRST REQUEST]** |

Defendant Mission Support and Test Services LLC ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Salvador Mora ("Plaintiff") by and through his counsel, Maier Gutierrez & Associates, hereby stipulate and agree to extend the Discovery Plan and Scheduling Order Deadlines in this case as follows:

1.     On September 21, 2021, the Court entered an Order granting the Stipulated Discovery Plan and Scheduling Order submitted by the parties. ECF No. 14.

2.     This is the first request by the parties to extend the discovery deadlines as set forth in the September 21, 2021 Order. ECF No. 14.

3.     On August 24, 2021, the Court scheduled an Early Neutral Evaluation Conference ("ENE") on November 19, 2021. ECF No. 11.

4.     Defense Counsel identified a scheduling conflict because a Hearing Officer had already ordered counsel to appear in another case for hearing on November 19, 2021, before the

State of Nevada, Department of Administration, Appeals Division. Thus, the Court provided the parties with alternative dates to reschedule the ENE: December 9 or December 28, 2021, January 5 or January 7, 2022. The first available date for both parties was January 5, 2022, and on September 29, 2021, the Court rescheduled the ENE to January 5, 2022. ECF No. 16.

5. Given the delay in conducting the ENE and the parties' desire to invest in reaching a resolution in this case prior to incurring extensive discovery expenses, the parties would like to avoid the time and expense of conducting certain discovery, particularly depositions, prior to the ENE on January 5, 2022. However, the current discovery deadline is February 21, 2022, just six weeks after the ENE, which does not allow the parties sufficient time to complete all necessary discovery after the ENE.

6. Thus, the parties stipulate and agree to extend the deadline for the close of discovery for ninety-one (91) days to allow the parties to complete written discovery and conduct necessary depositions following the ENE on January 5, 2022.

**STATEMENT OF DISCOVERY THAT HAS BEEN COMPLETED**

On September 21, 2021, Plaintiff and Defendant each served initial disclosures. On October 27, 2021, Plaintiff served Plaintiff's First Set of Requests for Production of Documents and Interrogatories on Defendant, and on December 10, 2021, Defendant served responses to the same. Defendant will serve written discovery to Plaintiff shortly. The parties each plan to schedule and take depositions of witnesses, and conduct any other discovery, after the ENE on January 5, 2022 if a resolution is not reached.

**STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties have not yet completed discovery and anticipate that additional time will be needed for written discovery and depositions following the ENE on January 5, 2022. For the above stated reasons, the parties request that the discovery deadline be extended ninety-one (91) days from February 21, 2022 to May 23, 2022 (a Monday).

**PROPOSED SCHEDULE**

The parties stipulate and agree that:

1. <u>Discovery</u>: The discovery period shall be extended ninety-one (91) days from

February 21, 2022 to May 22, 2022 (a Monday). The deadline to request an additional extension to the discovery period shall be May 1, 2022, twenty-one (21) days before the scheduled discovery cut-off.

2. <u>Expert Disclosures</u>: The deadline to disclose expert witnesses shall be extended to March 23, 2022, 60 days prior to the discovery deadline. The deadline to disclose rebuttal experts shall be extended to April 22, 2022, 30 days after the disclose of initial experts.

3. <u>Dispositive Motions</u>: The parties shall have through and including June 21, 2022, to file dispositive motions, which is 30 days after the discovery deadline.

4. <u>Pre-Trial Order</u>: If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

5. <u>Extensions or Modifications of the Discovery Plan and Scheduling Order</u>: In accordance with Local Rule 26-4, a stipulation or motion for modification or extension of this discovery plan and scheduling order and any deadline contained herein, must be made not later than twenty-one (21) days before the subject deadline.

6. This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 13th day of December, 2021.

| JACKSON LEWIS P.C. | MAIER GUTIERREZ & ASSOCIATES |
|---|---|
| */s/Deverie J. Christensen* | */s/Danielle J. Barraza* |
| Deverie J. Christensen, Bar #6596 | Danielle J. Barraza, Bar #13822 |
| Hilary A. Williams, Bar #14645 | 8816 Spanish Ridge Avenue |
| 300 S. Fourth Street, Suite 900 | Las Vegas, Nevada 89148 |
| Las Vegas, Nevada 89101 | |
| | *Attorney for Plaintiff* |
| *Attorneys for Defendant* | |

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: December 14, 2021