Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
            hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*Mission Support and Test Services LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SALVADOR MORA, individually,<br><br>         Plaintiff,<br><br>     vs.<br><br>MISSION SUPPORT AND TEST SERVICES LLC, a foreign limited-liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>         Defendants. | Case No. 2:21-cv-01290-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISMISSAL DEADLINE**<br><br>**[FIRST REQUEST]** |

Defendant Mission Support and Test Services LLC ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Salvador Mora ("Plaintiff") by and through his counsel, Maier Gutierrez & Associates, hereby stipulate and agree to extend the deadline to dismiss this case as follows:

1. On April 1, 2022, the parties participated in an Early Neutral Evaluation ("ENE") session and reached a settlement. *See* ECF No. 31.

2. The Court ordered the parties to execute settlement documents, complete settlement, and file dismissal paperwork by June 1, 2022. *Id.*

3. Although the parties agreed to several material terms during and after the ENE, the parties continued to diligently negotiate in good faith regarding the remaining terms of the settlement agreement.

4. The parties are close to reaching a final settlement agreement but will need additional time to execute the settlement agreement, for Defendant to issue settlement checks, and to file a stipulation to dismiss the case.

5. Thus, the parties respectfully request a forty-five (45) day extension to the deadline by which to file a stipulation to dismiss up to and including July 18, 2022.

6. This stipulation and order is sought in good faith and not for the purpose of delay. This is the parties' first request for an extension of the dismissal deadline.

Dated this 1st day of June, 2022.

| | |
|---|---|
| JACKSON LEWIS P.C. | MAIER GUTIERREZ & ASSOCIATES |
| */s/ Hilary A. Williams* <br> Deverie J. Christensen, Bar #6596 <br> Hilary A. Williams, Bar #14645 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br> <br> *Attorneys for Defendant* | */s/ Danielle J. Barraza* <br> Danielle J. Barraza, Bar #13822 <br> 8816 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br> <br> *Attorney for Plaintiff* |

## ORDER
### IT IS SO ORDERED

**DATED:** 7:38 pm, June 02, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**