1  Deverie J. Christensen
   Nevada State Bar No. 6596
2  Hilary A. Williams
   Nevada State Bar No. 14645
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Email:  deverie.christensen@jacksonlewis.com
              hilary.williams@jacksonlewis.com
6
   *Attorneys for Defendant*
7  *Mission Support and Test Services LLC*

8                  **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10 | SALVADOR MORA, individually,                      |                                      |
   |---------------------------------------------------|--------------------------------------|
11 | Plaintiff,                                        | Case No. 2:21-cv-01290-GMN-DJA       |
12 | vs.                                               |                                      |
13 | MISSION SUPPORT AND TEST SERVICES                 | **STIPULATION AND ORDER TO**         |
   | LLC, a foreign limited-liability company;         | **DISMISS WITH PREJUDICE**           |
14 | DOES I-X; and ROE BUSINESS ENTITIES               |                                      |
   | I-X, inclusive,                                   |                                      |
15 |                                                   |                                      |
   | Defendants.                                       |                                      |
16

17         Defendant Mission Support and Test Services LLC ("Defendant") by and through its

18 counsel, Jackson Lewis P.C., and Plaintiff Salvador Mora ("Plaintiff") by and through his

19 counsel, Maier Gutierrez & Associates, having reached a global resolution, hereby stipulate and

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

agree to dismiss all claims with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 13th day of July, 2022.

| JACKSON LEWIS P.C. | MAIER GUTIERREZ & ASSOCIATES |
|---|---|
| */s/ Hilary A. Williams* <br> Deverie J. Christensen, Bar #6596 <br> Hilary A. Williams, Bar #14645 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* | */s/ Danielle J. Barraza* <br> Danielle J. Barraza, Bar #13822 <br> 8816 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br><br> *Attorney for Plaintiff* |

**IT IS SO ORDERED.**

Dated this __15__ day of July, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT